# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139507(58)

_____

In re GENEVIEVE BROOKELYN HANSEN,
Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

BILLY JOE HANSEN,
        Respondent-Appellant,

_____

SC: 139507
COA: 289903
Manistee CC Family Division:
07-000083-NA

       On order of the Chief Justice, the motion by the Attorney General for extension to March 23, 2010 of the time for filing his brief *amicus curiae* is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2010

_____
Clerk